## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIAM LEE WOODLEY**                                           **PLAINTIFF**
**ADC #67148**

v.                       **Case No. 2:14-cv-00012 KGB**

**NWANNEM OBI-OKOYE** *et al.*                                     **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 40), and the objections filed by plaintiff William Lee Woodley (Dkt. Nos. 41, 42). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court grants defendants' motion for summary judgment (Dkt. No. 32) and dismisses with prejudice Mr. Woodley's complaint.

2. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 28th day of May, 2015.

*Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE