**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**WILLIAM LEE WOODLEY**                                                                             **PLAINTIFF**
**ADC #67148**

v.                                    **Case No. 2:14-cv-00012 KGB**

**NWANNEM OBI-OKOYE** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing with prejudice this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this 28th day of May, 2015.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE